# United States District Court
# For The Western District of North Carolina
# Charlotte Division

John Herman,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                              3:06-cv-251

William C. Lackey, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 7, 2007 Order.

Signed: June 15, 2007

_____

Frank G. Johns, Clerk
United States District Court